IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE            *
COMPLAINT OF BUNBURY, INC.,     *
et al.                          *
                                *   CIVIL NO. Y-97-3895
                                    (Cons.)


CHRISTIANE G. CELLIER, et al.   *

        v.                      *   CIVIL NO. Y-98-91

DAVID A. BLAIR, et al.          *

**ORDER**

Pending settlement of this matter, the Court will administratively close the two pending motions. Any party may reopen any motion it has filed, by notice to the Court. It is this 5 day, February 2001, by the United States District Court of the District of Maryland hereby ORDERED:

1. That the two pending Motions to Dismiss by Thomas Mittelhauser, <u>pro se</u>, BE, and the same hereby ARE, CLOSED administratively; and

2. That a copy of this Order be mailed to all counsel and to Thomas Mittelhauser, <u>pro se</u> plaintiff.

_____
Joseph H. Young
Senior United States District Judge

1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JOSEPH H. YOUNG
JUDGE
BALTIMORE, MARYLAND 21201

February 8, 2001

J. Paul Mullen, Esq.
120 West Fayette Street
800 One Center Plaza
Baltimore, Maryland 21201

David R. Thompson, Esq.
130 North Washington Street
Post Office Box 1747
Easton, Maryland 21601

Andrew J. Graham, Esq.
One South Street
Commerce Place - Suite 2600
Baltimore, Maryland 21202

Wayne T. Kosmerl, Esq.
125 West Street, 4th Flr.
Post Office Box 2289
Annapolis, Maryland 21404

Robert H. Bouse, Jr., Esq.
Suite 2000
201 North Charles Street
Baltimore, Maryland 21201

Stephen J. Britz, Esq.
150 South Street
Annapolis, Maryland 21401

Mr. Thomas Mittlehauser, pro se
574 Westree Lane
Plantation, Florida 33324

        Re: In the Matter of the Complaint
           of Bunbury, Inc., et al.
           Civil No. Y-97-3895
                and

-2-

Christiane G. Cellier, et al.
v. David A. Blair, et al.
<u>Civil No. Y-98-91 (Cons.)</u>

Dear Counsel and Mr. Mittlehauser:

I enclose an Order administratively closing the two pending motions in the above consolidated cases.

By letter dated January 12, 2001, Mr. Graham informed the Court that the parties in Cellier/Bunbury had reached a full and final settlement and that the closing papers would be filed within a week or so of that date.

As of this date, I have not received those papers and I write to ask when counsel intend to file the closing papers.

Very truly yours,

Joseph H. Young
Senior United States District Judge

Enc.