IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE COMPLAINT  *
OF BUNBURY, INC., et al.        *

        v.                              *   CIVIL NO. Y-97-3895

        * * * * * * *

CHRISTIANE G. CELLIER, et al.   *

        v.                              *   CIVIL NO. Y-98-91 (Cons.)

DAVID A. BLAIR, et al.          *

        * * * * * * *

<u>O R D E R</u>

    Having been informed by counsel that all claims in the above consolidated cases have been concluded and that the cases can be dismissed with prejudice, IT IS this 7th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED:

    1.  That the above consolidated cases BE, and the same ARE, hereby DISMISSED WITH PREJUDICE; and

    2.  That copies of this Order be mailed to counsel for all parties.

/s/ _____
Senior United States District Judge