IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In the matter of the Complaint | * | |
| of Bunbury, Inc., Owner of the | | |
| S/V BUNBURY and | * | |
| Claude E. Koprowski and | | Civil Action No: Y97-3895 |
| Hilary Koprowski, as Owners | * | |
| and Shareholders of Bunbury, Inc. | | In Admiralty |
| For Exoneration From And Limitation | * | |
| of Liability | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto by their undersigned counsel pursuant to the provisions

of Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, hereby stipulate and agree

that this matter be, and the same hereby is, dismissed with **prejudice**, each party

to bear its own costs.

Andrew Jay Graham
Trial Bar No. 00080
Kathleen A. Birrane
Trial Bar No. 08483
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorney for Plaintiffs

Stephen J. Britz
Trial Bar No. 024990
160 South Street
P.O. Box 468
Annapolis, Maryland 21404-0468
(410) 267-9545

Attorney for Annapolis Bay
Charters, Inc.

3/15/0
So Ordered

J. Paul Mullen
Lord & Whip, P.A.
Trial Bar No. 00096
800 One Center Plaza
120 West Fayette Street
Baltimore, Maryland 21201
(410) 539-5881


David R. Thompson
Cowdrey, Thompson & Karsten, P.A.
Trial Bar No. 0338
130 N. Washington Street
P.O. Box 1747
Easton, Maryland 21601
(410) 822-6800

Attorneys for Claude E. Koprowski,
Hilary Koprowski, Bunbury, Inc. and the
S/V BUNBURY in rem


Wayne T. Kosmerl
Trial Bar No. 0541
Council, Baradel, Kosmerl
& Nolan, P.A.
Fourth Floor
125 West Street
P.O. Box 2289
Annapolis, Maryland 21404-2289
(410) 268-6600

Attorney for David A. Blair

2

Robert H. Bouse, Jr.
Trial Bar No. 01926
Anderson, Coe & King, LLP
Suite 200
201 North Charles Street
Baltimore, Maryland 21201-4135
(410) 752-1630

Attorney for Annapolis Bay
Charters, Inc.

217526

*Courtfile*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JOSEPH H. YOUNG
JUDGE
BALTIMORE, MARYLAND 21201

March 16, 2001

J. Paul Mullen, Esq.
120 West Fayette Street
800 One Center Plaza
Baltimore, Maryland 21201

David R. Thompson, Esq.
130 North Washington Street
Post Office Box 1747
Easton, Maryland 21601

Andrew J. Graham, Esq.
One South Street
Commerce Place - Suite 2600
Baltimore, Maryland 21202

Wayne T. Kosmerl, Esq.
125 West Street, 4th Flr.
Post Office Box 2289
Annapolis, Maryland 21404

Robert H. Bouse, Jr., Esq.
Suite 2000
201 North Charles Street
Baltimore, Maryland 21201

Stephen J. Britz, Esq.
150 South Street
Annapolis, Maryland 21401

Mr. Thomas Mittlehauser, pro se
574 Westree Lane
Plantation, Florida 33324

          Re: In the Matter of the Complaint
              of Bunbury, Inc., et al.
              Civil No. Y-97-3895
                        and

-2-

Christiane G. Cellier, et al.
v. David A. Blair, et al.
Civil No. Y-98-91 (Cons.)

Dear Counsel and Mr. Mittlehauser:

I acknowledge Mr. Mullen's letter dated
March 14, 2001, informing the Court that Stipulations
of Dismissals have been prepared and will be forwarded
to the Court for filing.

I enclose copies of those Stipulations with
the Court's signature indicating that the Orders have
been filed as directed.

Accordingly, these cases are now closed on the
records of the Court and I commend counsel for their
willingness to resolve the issues.

Very truly yours,

Joseph H. Young
Senior United States District Judge

Enc.